UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


In re:

James Patrick Gonzales,

       Plaintiff.

_____/

Case Number: CV07-02373 MHP
CV07-03166 MHP
CV07-03289 MHP
CV07-03517 MHP
CV07-03691 MHP
CV07-03978 MHP
CV07-04019 MHP
CV07-05427 MHP

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


James Patrick Gonzales D-68831
California Correctional Institution
P. O. Box 1031
Tehachapi, Ca 93581

Dated: January 23, 2008

Richard W. Wieking, Clerk
By: Barbara Espinoza, Deputy Clerk