United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                      No. C 07-3289 MHP (pr)

JAMES PATRICK GONZALES,                     **JUDGMENT**

                    Plaintiff.
_____/

        This action is dismissed without prejudice to plaintiff asserting his claims in an action

for which he pays the full filing fee at the time he files his complaint.

        IT IS SO ORDERED AND ADJUDGED.

Dated: March 4, 2008                        _____
                                            Marilyn Hall Patel
                                            United States District Judge