UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                 No. C 07-3289 MHP (pr)

JAMES PATRICK GONZALES,               **JUDGMENT**

        Plaintiff.
_____/

      This action is dismissed without prejudice to plaintiff asserting his claims in an action for which he pays the full filing fee at the time he files his complaint.

      IT IS SO ORDERED AND ADJUDGED.

Dated: March 4, 2008                             _____
                                                  Marilyn Hall Patel
                                                  United States District Judge